IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
PAUL D. LEFFLER,  :  CASE NO. 3:09 CV 02801
          Petitioner,  :
    -vs-    :  ORDER ADOPTING REPORT AND
        :  RECOMMENDATION AND GRANTING
        :  CONDITIONAL STAY
STATE OF OHIO,  :
          Respondent.  :
------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

In this mixed habeas corpus petition, Petitioner Paul Leffler sought a stay of his habeas proceedings to afford him an opportunity to return to state court to raise his unexhausted claims. This matter was automatically referred to United States Magistrate Judge Kenneth S. McHargh for a Report and Recommendation ("R&R") pursuant to Local Civil Rule 72.2(b)(2). In his R&R, Magistrate Judge McHargh finds the Petitioner request reasonable under the circumstances, relying upon the decision in Harris v. Lafler, 553 F.3d 1028 (6th Cir. 2009). (Doc. 20). The R&R recommends, therefore, holding Mr. Leffler's mixed petition in abeyance and granting his request for a stay on the condition that Mr Leffler file the application to reopen his appeal, pursuant to Ohio App. Rule 26(B), in the Ohio Court of Appeals within thirty (30) days of the date of this order, and that Mr. Leffler seek reinstatement of this Court's active docket within thirty (30) days of fully exhausting that procedure. (Doc. 20 p. 10).

No party has objected to the Magistrate Judge's R&R. Therefore, this Court will presume the parties are satisfied with the determination. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Magistrate Judge's R&R is adopted. Mr. Leffler's petition will be held in abeyance under the terms of this order.

IT IS SO ORDERED.

/s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

2